UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-93 RM |
| | ) | |
| JUSTIN STRYUF | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 28, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 7], ACCEPTS defendant Justin Stryuf's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   September 22, 2009  


  /s/ Robert L. Miller, Jr.  
Chief Judge
United States District Court